# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| IN THE MATTER OF THE TRACKING OF ) <br> A RED IN COLOR CHEVROLET PICKUP, ) <br> NORTH DAKOTA LICENSE PLATE 202ALR, ) <br> VEHICLE IDENTIFICATION NUMBER ) <br> 1GCHK23U95F845716. ) | **ORDER** <br><br> Case No. 1:16-mj-080 |

On April 20, 2016, the Government's filed an application for a 45-day extension of the tracking warrant issued by the court on March 10, 2016, for the motor vehicle identified in the caption. Attached to the application is an affidavit from Jeffrey Buckles, Special Agent with the Drug Enforcement Agency. Authorization for the tracking warrant is scheduled to expire on April 24, 2016. The Government avers there is reason to believe that the motor vehicle will be continue to be involved in one or more violations of 21 U.S.C. §§ 841(a)(1) and 846. For support, it cites Agent Buckles' affidavit.

Agent Buckles' affidavit establishes probable cause for the requested extension. Accordingly, for good cause shown, the court **GRANTS** the Government's application (Docket No. 3). The Government may continue to use the tracking device on the above-described vehicle until June 8, 2016. Notice to the person whose motor vehicle is being tracked may be delayed until 30 days afer use of the tracking warrant ended. The Government's applications, Agent Buckles' affidavits, the tracking warrant, and this order shall remain under seal until October 17, 2016.

**IT IS SO ORDERED.**

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court